# UNITED STATES DISTRICT COURT
## District of Minnesota

ResCap Liquidating Trust,

                Plaintiff,

v.

WMC Mortgage, LLC,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:   17-cv-198 PAM/HB

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is DISMISSED with prejudice, with each party to bear its own attorney's fees, costs, and expenses.

Date: 10/13/2017

RICHARD D. SLETTEN, CLERK

s/Amy Halverson
(By)   Amy Halverson, Deputy Clerk